

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00464-CV

**IN THE INTEREST OF A.R.P.** and **A.E.P.**, Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI17218
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: October 23, 2024

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See id*. at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM